### *Rogers* v. *Garrison.*

THIS cause had, at the last *New-York* sittings, been set down for trial on the day docket, but from some little confusion as to the suits that would be heard before the respective judges, who separately at different times presided, the counsel did not attend.

A motion was made for judgment as in case of non-suit.

*Per Curiam.* Stipulate and pay costs.

LIVINGSTON, J. I dissent from this, because the only use of a day docket is to enable the bar to know what causes will come on, and it then becomes their duty to attend. If we allow of excuses of this sort, the force of the rule, in the city of *New-York*, by which day dockets have been established, will be totally done away.